UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIKEB SADDOZAI,<br><br>        Plaintiff,<br><br>    v.<br><br>A. CARWITHEN, et al.,<br><br>        Defendants. | Case No. 21-01352 BLF (PR)<br><br>**ORDER STRIKING PLAINTIFF'S "NOTICE AND DEMAND FOR IDENTIFICATION AND CREDENTIALS"**<br><br>(Docket No. 13) |

Plaintiff, a California state prisoner, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983, based on events that took place at Salinas Valley State Prison ("SVSP") where he is currently confined. Dkt. No. 1. The Court dismissed the complaint with leave to file an amended complaint. Dkt. No. 10.

Plaintiff has filed a document titled "Actual and Constructive Administrative Notice and Demand for Identification and Credentials," seeking "'full disclosure' of identification" from the undersigned, in order to determine the "authority, office and capacity." Dkt. No. 13. The notice shall be STRICKEN as there is no provision for such a notice or demand in the context of this civil rights action.

**IT IS SO ORDERED.**

Dated: ___August 10, 2021_____

*/s/ Beth Labson Freeman*
BETH LABSON FREEMAN
United States District Judge

Order Striking Notice
PRO-SE\EJD\CR.18\05558Saddozai_strike.notice