UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIKEB SADDOZAI,<br><br>    Plaintiff,<br><br>    v.<br><br>A. CARWITHEN, et al.,<br><br>    Defendants. | Case No. 21-01352 BLF (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE NEW OPPOSITION; RESETTING BRIEFING DEADLINES; DENYING MOTION FOR APPOINTMENT OF COUNSEL**<br><br>(Docket Nos. 28, 40) |

Plaintiff, a California state prisoner, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983, based on events that took place at Salinas Valley State Prison ("SVSP") where he is currently confined. Dkt. No. 1. On December 1, 2021, the Court found the amended complaint, Dkt. No. 17, stated a cognizable Eighth Amendment claim against Defendant A. Carwithen, and ordered the matter served. Dkt. No. 20.[1] On February 3, 2022, Defendant filed a motion to revoke Plaintiff's *in forma pauperis* status pursuant to 28 U.S.C. § 1915(g). Dkt. No. 25. Plaintiff filed an opposition on March 14, 2022, which is untimely, since it was filed after the twenty-eight days to file an opposition had expired. Dkt. No. 37; *see* Dkt. No. 20 at 6.

---

[1] All other claims and defendants were dismissed with prejudice for failure to state a claim. Dkt. No. 20 at 5.

Defendant filed a motion for an extension of time to file a reply. Dkt. No. 40. Defendant construes Plaintiff's late opposition as including a request to file a new opposition and does not oppose the request. Dkt. No. 40 at 2, citing Dkt. No. 37 at 2. The Court also notes that on March 10, 2022, Plaintiff filed a letter describing lack of access to the law library that was making it difficult for him to litigate this matter. Dkt. No. 34. It also appears that Plaintiff is not satisfied that the opposition he filed is complete. Dkt. No. 37 at 2. Good cause appearing and with Defendant's non-opposition, the Court will grant Plaintiff an opportunity to file a new opposition to supersede the one that has already been filed. Therefore, Defendant's motion for an extension of time to file a reply is also granted. The new briefing schedule is set forth below. *See infra* at 3.

Plaintiff has filed a second motion for appointment of counsel. Dkt. No. 28. This motion is nearly identical to the first motion he filed, including the exhibits, Dkt. No. 7, which was denied for lack of exceptional circumstances. Dkt. No. 10 at 9-10. Plaintiff sets forth nothing new in this second motion for this Court to reconsider its first denial. *Id.* Accordingly, this second motion is DENIED for the same reasons set forth in the previous order denying appointment of counsel, i.e., for lack of exceptional circumstances. *Id.*; see *Agyeman v. Corrections Corp. of America*, 390 F.3d 1101, 1103 (9th Cir. 2004); *Rand v. Rowland,* 113 F.3d 1520, 1525 (9th Cir. 1997); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986). Nor has Plaintiff submitted any new evidence to raise a substantial question regarding his competence for this Court to reconsider appointing a guardian ad litem under Rule 17(c) of the Federal Rules of Civil Procedure. Dkt. No. 10 at 10-11. Accordingly, to the extent this second motion renews Plaintiff's request for a guardian ad litem, the motion is DENIED.

**CONCLUSION**

For the foregoing reasons, the Court orders as follows:

1. In the interest of justice, Plaintiff shall be granted an extension of time to

file a new opposition to Defendant's motion to revoke Plaintiff's *in forma pauperis* status. If Plaintiff wishes to, he may file a new opposition within **forty-five (45) days** from the date this order is filed, along with supporting documents. If Plaintiff files a new opposition, his current opposition and any supporting documents, Dkt. Nos. 35-38 will be stricken from the record. If Plaintiff fails to file a new opposition in the time provided, the matter will proceed on his current opposition.

2. Defendant's reply shall be filed no later than **fourteen (14) days** from the date Plaintiff's new opposition is filed or is due, whichever is later.

3. Plaintiff's motion for appointment of counsel is **DENIED**. Dkt. No. 28.

This order terminates Docket Nos. 28 and 40.

**IT IS SO ORDERED.**

Dated:  __March 24, 2022_____

BETH LABSON FREEMAN
United States District Judge

Order Granting EOT to file Opp; Resetting Briefing; Deny Atty
PRO-SE\BLF\CR.21\01352Saddozai_eot-opp,reply&atty