UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIKEB SADDOZAI,<br><br>    Plaintiff,<br><br>    v.<br><br>A. CARWITHEN, et al.,<br><br>    Defendants. | Case No. 21-cv-01352 BLF (PR)<br><br>**ORDER OF NOTICE REGARDING REVOCATION OF PLAINTIFF'S *IN FORMA PAUPERIS* STATUS; INSTRUCTIONS TO CLERK** |

Plaintiff was granted leave to proceed *in forma pauperis* ("IFP") on June 30, 2021. Dkt. No. 9. The Court has granted Defendant's motion to revoke Plaintiff's IFP status under 28 U.S.C. 28 U.S.C. § 1915(g), and directed Plaintiff to pay the full filing fee within fourteen days of the order. Dkt. No. 49. Accordingly, the Clerk shall send a copy of this order to the prison's trust account office and the Court's financial office to update their records and procedures for collecting the full filing fee consistent with the revocation of Plaintiff's IFP status in this matter.

**IT IS SO ORDERED.**

**Dated: __August 16, 2022_____**

                                              BETH LABSON FREEMAN
                                              United States District Judge

Order of Notice Regarding Revocation of IFP
PRO-SE\BLF\CR.21\01352Saddozai_notice re revocation