UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIKEB SADDOZAI,<br>　　　　　Plaintiff,<br>　v.<br>A. CARWITHEN, et al.,<br>　　　　　Defendants. | Case No. 21-cv-01352 BLF (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a California state prisoner, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983. On August 16, 2022, the Court granted Defendants' motion to revoke Plaintiff's *pauper* status under 28 U.S.C. § 1915(g) because Plaintiff had three or more prior dismissals and was not under imminent danger of serious physical injury at the time of the filing of the action. Dkt. No. 49. Plaintiff was directed to pay the full filing fee no later than fourteen (14) days from the date the order was filed, *i.e.*, no later than August 30, 2022, or face dismissal. *Id.* at 14. The deadline has since passed, and Plaintiff has failed to pay the filing fee. Accordingly, this matter is DISMISSED for failure to pay the filing fee.

**IT IS SO ORDERED.**

**Dated: ___September 13, 2022___**

　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　United States District Judge

Order of Dismissal
PRO-SE\EJD\CR.21\01352Saddozai_dism