UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIKEB SADDOZAI,<br>        Plaintiff,<br>    v.<br>A. CARWITHEN, et al.,<br>        Defendants. | Case No. 21-cv-01352 BLF (PR)<br>**JUDGMENT** |

    The Court has dismissed the instant civil rights action for failure to pay the filing fee. A judgment of dismissal without prejudice is entered.

    The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: __September 13, 2022____

BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\EJD\CR.21\01352Saddozai_judgment